rev. 9/6/07

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 12 | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Wings Hom | | | REPORTER/FTR 10:05-10:17 | | |
| MAGISTRATE JUDGE JAMES LARSON | | DATE April 25, 2008 | | | NEW CASE ☐ | CASE NUMBER CR08-0264 MAG | |

2008 APR 25 PM 12:46

| **APPEARANCES** | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT Menelao L. David | | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Ned Smock RICHARD W. WICKIN | PD. ☐ APPT. ☐ | RET. ☐ |
| U.S. ATTORNEY Wendy Thomas | | INTERPRETER Karenina Castro-Tagalog | | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Josh Libby | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | | ☐ PRELIM HRG | | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | | ☒ ARRAIGNMENT | | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☐ DETENTION HRG | | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☒ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| ☒ CONSENT ENTERED | ☐ NOT GUILTY | ☒ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☒ PLEA AGREEMENT FILED | OTHER: presentence report waived |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

1 yr. probation: 1) if deported, not return, 2) $500 fine or 63 hrs. community service. $25 special assessment.

cc: Venice,